FILED

DEC 03 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:25 CR 00609 |
| | ) | Title 18, United States Code, |
| MARQUIS MARTIN, | ) | Sections 2 and 922(g)(1); Title |
| | ) | 21, United States Code, Sections |
| | ) | 841(a)(1) and (b)(1)(C), and 846 |

**JUDGE FLEMING**

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances,
21 U.S.C. § 846)

The United States Attorney charges:

1. On or about October 3, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant MARQUIS MARTIN did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with diverse others known and unknown to the Grand Jury, to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine; a mixture and substance containing a detectable amount of cocaine; a mixture and substance containing a detectable amount of fentanyl, all Schedule II controlled substances, and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Possession with Intent to Distribute Methamphetamines, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The United States Attorney further charges:

2. On or about October 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant MARQUIS MARTIN did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and Title 18 United States Code, Section 2.

## COUNT 3
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The United States Attorney further charges:

3. On or about October 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant MARQUIS MARTIN did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 4
(Possession with Intent to Distribute Heroin, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The United States Attorney further charges:

4. On or about October 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant MARQUIS MARTIN did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 5
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The United States Attorney further charges:

5. On or about October 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant MARQUIS MARTIN did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 6
(Felon in Possession of a Firearm,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The United States Attorney further charges:

6. On or about October 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant MARQUIS MARTIN knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Aggravated Burglary and Felonious Assault, on or about August 22, 2011, in case number 2011-CR-0477 and Tampering with Evidence and Failure to Comply, on or about June 22, 2023, in case number 2024-CR-0142, all in the Richland County Court of Common pleas, knowingly possessed, in and affecting interstate commerce, firearm(s), to wit: a Glock 19, 9mm caliber, bearing serial numbers BWHD499 and YLC416; a Ruger Security, .357 Mag, bearing serial number 154-34961; a Century Arms Rifle, 7.62 caliber, bearing serial number C39P2A04853; a Glock 19, 9mm caliber, bearing serial number BWHD449 and VF7451; a Glock 23, .40 caliber, bearing serial number WPT344; a Sig Sauger P320, 9mm caliber, bearing serial number 58B003182; and a Romarm/Cugir Micro Draco, 7.62 Caliber Pistol, bearing serial number 22PMD-30309; said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

3

## FORFEITURE

The United States Attorney further charges:

7. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 6, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendant MARQUIS MARTIN shall forfeit to the United States all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations, all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and all firearms and ammunition involved in or used in such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

United States v. Marquis Martin

A TRUE BILL.

_____
FOREPERSON

DAVID M. TOEPFER
United States Attorney

By: _____
Robert F. Corts, Chief
Criminal Division