UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:25-cr-609 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| MARQUIS MARTIN, | ) | **ORDER ACCEPTING PLEA,** |
| | ) | **JUDGMENT, AND REFERRAL TO U.S.** |
| Defendant. | ) | **PROBATION OFFICE** |
| | ) | |

This case is before the Court on a Report and Recommendation ("R&R") filed by United States Magistrate Judge Reuben J. Shepard recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 14). This matter was previously referred to the Magistrate Judge for the taking of the plea with the consent of the parties. (ECF Nos. 6, 10).

On December 3, 2025, the government filed an information that charged Defendant with: (i) Conspiracy to Distribute with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846 and 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and (b)(1)(C) (Count 1); (ii) Possession with Intent to Distribute Methamphetamines, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), (Count 2); (iii) Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), (Count 3); (iv) Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), (Count 4); (v) Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), (Count 5); and (vi) Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Count 6). (ECF No. 5).

On February 2, 2026, Defendant executed a waiver of indictment. (ECF No. 9). The same day, Magistrate Judge Shepard held an arraignment/change of plea hearing, during which

Defendant entered a plea of guilty to Counts 1 through 6 of the Information. (Minutes [non-document] dated Feb. 2, 2026). Magistrate Judge Shepard also issued the R&R recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 14).

Any objections to the R&R were due on February 17, 2026. (*Id.* at PageID #39). Neither party submitted any objections.

On review of the record, the Court adopts the R&R. Defendant Marquis Martin is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a guilty plea. He is also aware of the trial rights he waives/gives up by pleading guilty. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is accepted.

Therefore, Defendant Martin is adjudged guilty of Counts 1, 2, 3, 4, 5, and 6 of the Information, in violation of 21 U.S.C. §§ 846, 841(b)(1)(A) and (b)(1)(C) (Count 1), 841(a)(1) and (b)(1)(A) (Count 2), 841(a)(1) and (b)(1)(C) (Counts 3-5), and 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Count 6). This matter was referred to the U.S. Pretrial Services and Probation Office for the completion of a presentence investigation and report. Sentencing will be held on May 21, 2026 at 1:00 p.m. in Courtroom 17A.

**IT IS SO ORDERED.**

Date: February 20, 2026

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**